## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | September 7, 2017 |
| **TIME:** | 12:30 p.m. |
| **DOCKET NUMBER(S):** | **CV 16-2218 (FB)** |
| **NAME OF CASE(S):** | Isigi v. Harry's Nurses Registry et al |
| **FOR  PLAINTIFF(S):** | **Bernstein** |
| **FOR  DEFENDANT(S):** | **Schirtzer** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**RULINGS STATUS CONFERENCE:**

**Counsel report that, despite the Court's order of July 26, 2017, defendant failed to appear for his deposition on the date agreed to by counsel by stipulation.**

**According to his attorney, the only reason offered by the defendant for not appearing was that he was needed at his place of business.**

**Unless defendant confirms by 4:00 pm this afternoon that he will appear at the courthouse for his deposition at 10:00 am tomorrow, and retains at his expense a reporter to record the deposition, the Court will recommend that defendants' answer be stricken and their default be entered.**